## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James and Amanda Tjaden, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Brutlag, Trucke & Doherty, P.A., Spring Lake Park Lumber Co., and Perfekt, Inc.,<br><br>　　　　Defendants. | Case No. 24-cv-01452-KMM-DJF<br><br><br><br>**LOCAL RULE 7.1<br>CERTIFICATE OF COMPLIANCE** |

I, Patrick D. Newman, certify that the Memorandum in Support of Defendant Brutlag, Trucke & Doherty, P.A.'s Motion to Stay Discovery complies with Local Rule 7.1.

I further certify that, in preparation of this Memorandum, I used Microsoft Word for Office 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 1,167 words.

　　　　　　　　　　　　　　　　　**BASSFORD REMELE**
　　　　　　　　　　　　　　　　　*A Professional Association*

Dated: June 6, 2024　　　　By: */s/Patrick D. Newman*
　　　　　　　　　　　　　　　　　Patrick D. Newman (MN#395864)
　　　　　　　　　　　　　　　　　Kiralyn J. Locke (MN #403653)
　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 1500
　　　　　　　　　　　　　　　　　Minneapolis, MN  55402
　　　　　　　　　　　　　　　　　Telephone: (612) 333-3000
　　　　　　　　　　　　　　　　　Facsimile: (612) 333-8829
　　　　　　　　　　　　　　　　　pnewman@bassford.com
　　　　　　　　　　　　　　　　　klocke@bassford.com

　　　　　　　　　　　　　　　　　***Attorneys for Brutlag, Trucke & Doherty, P.A.***