# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James and Amanda Tjaden, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>Brutlag, Trucke & Doherty, P.A., Spring Lake Park Lumber Co., and Perfekt, Inc.,<br><br>      Defendants. | Case No.: 0:24-cv-01452-KMM-DJF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Kiralyn J. Locke is hereby withdrawn as counsel for Defendant Brutlag, Trucke & Doherty, P.A., in the above-entitled matter. Patrick D. Newman of Bassford Remele, a Professional Association, remains counsel of record for Defendant.

**BASSFORD REMELE**
*A Professional Association*

Date: September 18, 2024

By: */s/ Patrick D. Newman*
Patrick D. Newman (#395864)
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone: (612) 333-3000
Facsimile: (612) 333-8829
pnewman@bassford.com