UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES AND AMANDA TJADEN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>BRUTLAG, TRUCKE & DOHERTY, P.A., SPRING LAKE PARK LUMBER CO., and PERFEKT, INC.<br><br>        Defendants. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>Case No: 0:24-cv-01452-KMM-DJF |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Defendant Spring Lake Park Lumber Co. has retained attorney Cara Passaro and Stich Angell, P.A. to substitute as counsel for attorneys John K. Rossman, Benjamin J. Kirk, Trevor S. Johnson and Rossman Attorney Group, PLLC in this case.

[*Signature Page to Follow*]

1

2

Dated: <u>November 4, 2024</u>          **STICH ANGELL, P.A.**

 <u>*/s/ Cara Passaro*</u>
**Cara Passaro** (MN No. 312587)
France Place
3601 Minnesota Drive, Suite 450
Minneapolis, MN 55435
(612) 333-6251
CPassaro@stichlaw.com

*Attorneys for Defendant Spring Lake Park Lumber Co.*

Dated:  <u>November 4, 2024</u>          **ROSSMAN ATTORNEY GROUP, PLLC.**

<u>*/s/ Trevor S. Johnson*</u>
**John K. Rossman** (MN No. 244831)
**Benjamin J. Kirk** (MN No. 0393192)
**Trevor S. Johnson** (MN No. 0400849)
2626 E 82nd Street, Suite 135
Bloomington, MN, 55425
(612) 439-5551
John.rossman@rossmanattorneygroup.com
Benjamin.kirk@rossmanattorneygroup.com
Trevor.johnson@rossmanattorneygroup.com