

**BASSFORD REMELE**

**BETH L. LACANNE**
ATTORNEY
Licensed in MN and WI

T  612.376.1610
F  612.333.8829

BLACANNE@BASSFORD.COM

August 15, 2025

Magistrate Judge Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:  *Tjaden, et al. v. Brutlag, Trucke & Doherty, P.A., et al.*
     Court File No.: 0:24-cv-01452-KMM-DJF
     Our File No.: 85-869

Dear Judge Foster:

I am writing regarding the need to conduct a single deposition after the current September 3, 2025, discovery deadline. Plaintiff Amanda Tjaden's deposition was scheduled for August 13, 2025, the same day as Plaintiff James Tjaden's deposition. Due to the length of Mr. Tjaden's deposition, we were unable to conduct Ms. Tjaden's deposition. The parties were unable to find a new date for Ms. Tjaden's deposition prior to the discovery deadline. However, the parties have mutually agreed to depose Plaintiff Amanda Tjaden on September 10, 2025.

We will make ourselves available if Your Honor wishes to discuss further.

Very truly yours,

Beth L. LaCanne

BLL:bma