# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| James Tjaden,<br>Amanda Tjaden, | Civ. No. 24-cv-1452 (KMM/DJF) |
| Plaintiffs, | |
| v. | **ORDER** |
| Brutlag, Trucke & Doherty, P.A.,<br>Spring Lake Park Lumber Co.,<br>Perfekt, Inc., | |
| Defendants. | |

On July 31, 2025, the Court filed an Order for Settlement Conference to be held October 27, 2025 [86]. That Order directed the parties that if an insurance company is involved, the party at issue must have present, *in person*, **a representative of the insurer with the power to pay the policy limits**. The Court's Order was not ambiguous. Notwithstanding the Court's clear directive, defendant Perfekt, Inc. notified the Court on October 21, 2025 of its intent to have its insurance company representative attend the settlement conference "via Zoom". Perfekt did not seek or obtain the Court's permission for its representative to participate via Zoom, and such permission is expressly DENIED. Each party's insurance representative must be prepared to speak on the record if a settlement is reached, and this Court lacks appropriate technology to hold hybrid hearings in the courtroom. Perfekt, Inc. must identify an insurance company representative who will attend the settlement conference **in person** by **5:00 p.m. Thursday, October 23, 2025**, failing which the settlement conference will be CANCELED.

The Court further notes that multiple parties submitted confidential settlement letters longer than 12 pages in length, in clear defiance of the court-ordered page limit (*see* ECF No. 86 at 3). The Court had to direct these parties to resubmit their letters to comply with the limit. The Court has expended significant time and effort organizing this settlement conference as a service to the parties. The additional cost to the parties and waste of additional judicial resources caused by these failures to comply with the Court's order is inexcusable. Continued failure to comply with the Court's orders may result in sanctions against counsel, an offending party or both. Counsel for Perfekt, Inc. is hereby directed to provide a copy of this Order to Perfekt, Inc.

**SO ORDERED**.

Date:   October 22, 2025              *s/ Dulce J. Foster*
                                       DULCE J. FOSTER
                                       United States Magistrate Judge