

December 11, 2025

Magistrate Judge Dulce J. Foster **Via ECF**
United States District Court
District of Minnesota
foster_chambers@mnd.uscourts.gov

Re: **Joint Settlement Status Letter**
 <u>*Tjaden et al v. Brutlag, Trucke & Doherty, P.A. et al*</u>
 Court File No.: 0:24-cv-01452-KMM-DJF

Dear Magistrate Foster:

Pursuant to the Court's October 27, 2025 Minute Entry (Doc. 101), I write on behalf of James Tjaden and Amanda Tjaden, Perfekt, Inc., and Spring Lake Park Lumber Co. to provide a status of the settlement reached at the October 27, 2025 Settlement Conference.

The fully executed settlement agreement was circulated on December 4, 2025, with the latest date of execution being December 1, 2025 by the Plaintiffs. Per the terms of the Settlement Agreement, settlement payments are due within 30 days of the "settlement effective date" or by December 31, 2025. Thereafter, per the terms of the Settlement Agreement, Plaintiffs are to execute and file a Stipulation of Dismissal With Prejudice within 10 days after receipt of the settlement payments. Therefore, the settling parties are jointly requesting that the Court allow an additional 45 days in which to file the Stipulation of Dismissal. Please do not hesitate to contact me if you have any questions. Thank you.

Very truly yours,

*Cara C. Passaro*

Cara C. Passaro
612-305-4552
cpassaro@stichlaw.com

Wells Fargo Plaza
7900 Xerxes Avenue South
Suite 1920
Bloomington, MN 55431

stichlaw.com
612 333 6251 p
612 333 1940 f